UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOPER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANISE ADAMS, et al.,<br><br>        Defendants. | Case No. 15-cv-00408-HSG (PR)<br><br>**ORDER DIRECTING CLERK TO REASSIGN THE ACTION TO MAGISTRATE JUDGE LLOYD** |

Plaintiff has filed a consent to magistrate judge jurisdiction. See Docket #7 at 4. Prior to being reassigned to the undersigned judge, this action was originally assigned to Magistrate Judge Howard R. Lloyd. Now that Plaintiff has consented to proceed before a magistrate judge, the Clerk of the Court shall reassign this matter back to Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated:  3/23/2015

                              HAYWOOD S. GILLIAM, JR.
                              United States District Judge